FILED
CLERK U.S. DISTRICT COURT
DEC 2 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN ESTRADA, an Individual d/b/a KINGDOM REALITY CLOTHING, and Does 1-10, Inclusive,<br><br>Defendants. | Case No.: CV11-01142 SVW (AJWx)<br><br>[PROPOSED] FINAL JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff BEACHBODY, LLC, is hereby awarded final judgment on its claims for relief against Defendant CHRISTIAN ESTRADA in the sum of $~~2,150,000.00~~ 105,000.00 (15 U.S.C. §1117(c)(2) and 17 U.S.C. §504(c)(2)), as the prevailing party in this action.

Under Local Rule 55-3, Plaintiff is awarded attorneys' fees of $5,600.00. Plaintiff is further awarded costs, pursuant to the *Trademark Act* and *Copyright Act*, 17 U.S.C. §504(c), to be determined by the Notice of Application to the Clerk to Tax Costs within fifteen (15) days after the entry of judgment. Furthermore, Defendant is permanently enjoined and restrained from the following activities and conduct and ordered as follows:

a) Defendant and any person or entity acting in concert with, or at the direction of him, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, are hereby restrained and enjoined, pursuant to 15 U.S.C. § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

i) copying, manufacturing, importing, exporting, marketing, sale, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any Plaintiff's BEACHBODY® and P90X® trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's BEACHBODY® and P90X® trademarks and copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

ii) performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure Plaintiff, any Plaintiff's BEACHBODY® and P90X® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

///

   iii) engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

   iv) using any Internet domain name or website that includes any Plaintiff's Trademarks and Copyrights, including the BEACHBODY® and P90X® marks.

  b) Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit BEACHBODY® and P90X® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

  IT IS SO ORDERED, ADJUDICATED and DECREED this _21_ day of _December_, 2011.

_____
HON. STEPHEN V. WILSON
United States District Judge